05-CV-00047-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MICHAEL BILSON, | CASE NO. C05-0047-JCC-MAT |
| Plaintiff, | |
| v. | ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT |
| SHERIFF BILL ELFO, et al., | |
| Defendants. | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) The defendants's motion for summary judgment (Dkt. #25) is GRANTED.

(3) The complaint and this action are DISMISSED with prejudice.

///

///

///

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel of record, and to Judge Theiler.

DATED this 27 day of Oct, 2005.

/s/ John C. Coughenour
JOHN C. COUGHENOUR
United States District Judge

ORDER GRANTING DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT
PAGE -2